```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                      Case No. 14-14661-jkf
Jonathan Caron                                              Chapter 13
        Debtor              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                   Page 1 of 2                  Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW               Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db            +Jonathan Caron,    719 Cocalico Road,    Birdsboro, PA 19508-2202
13325001      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13325003      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13325004      +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13325008      +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13370222       Lakeview Loan Servicing, LLC,    M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
13401220      +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13325012      +RTUI,    1445 Langham Creek,    Houston, TX 77084-5012
13325013      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 17 2016 02:08:52      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2016 02:08:41       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13340212      +E-mail/Text: bankruptcy@cavps.com Sep 17 2016 02:08:33       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13325007       E-mail/Text: cio.bncmail@irs.gov Sep 17 2016 02:07:06       Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13325005      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2016 02:03:49       Gecrb/Care Credit,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13325006      +E-mail/Text: bankruptcy@icsystem.com Sep 17 2016 02:09:33       IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
13441702       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2016 02:03:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13325009      +E-mail/Text: jgoley@leadersfc.com Sep 17 2016 02:07:16       Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016-3519
13325010       E-mail/Text: camanagement@mtb.com Sep 17 2016 02:07:16       M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
13370219       E-mail/Text: camanagement@mtb.com Sep 17 2016 02:07:16       M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
13325011      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 17 2016 02:08:10       Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13427880       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2016 02:03:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13339942       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2016 02:07:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13325000       Acc Adv Agnc
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13370220*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WEHRLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:  M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
13370221*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WEHRLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:  M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288)
13325002     ##+Carolyn Caron,    2298 E. High Street,    Pottstown, PA 19464-3108
                                                                                    TOTALS: 1, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Randi             Page 2 of 2           Date Rcvd: Sep 16, 2016
                              Form ID: 138NEW         Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSEPH L QUINN    on behalf of Debtor Jonathan  Caron CourtNotices@sjr-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 4
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jonathan Caron
    Debtor(s)

Bankruptcy No: 14–14661–jkf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/16/16

56 – 55
Form 138_new